IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM GRAY, | No. C 07-4964 WHA (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| vs. | |
| WALKER, Warden, | |
| Respondent. | |

Petitioner sent the court a document asking for an enlargement of time to file a federal habeas petition. In an effort to protect petitioner's rights, the document was treated as commencing a new case. The clerk sent petitioner a notice informing him that he had failed to pay the five-dollar filing fee or apply for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Petitioner was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed. The time has expired and no response has been received.

This case is therefore **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: November  6 , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\GRAY4964.DSM.wpd