UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAM GRAY,

          Plaintiff,

  v.

WALKER et al,

          Defendant.
                                               /

Case Number: CV07-04964 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sam Gray
V-59334/ C-5-107
Sacramento State Prison
PO Box 290066
Represa, CA 95671

Dated: November 6, 2007

                                      Richard W. Wieking, Clerk
                                      By: D. Toland, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAM GRAY,

           Plaintiff,

  v.

WALKER et al,

           Defendant.

Case Number: CV07-04964 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sam Gray
V-59334/ C-5-107
Sacramento State Prison
PO Box 290066
Represa, CA 95671

Dated: November 6, 2007

                                          Richard W. Wieking, Clerk
                                          By: D. Toland, Deputy Clerk