IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAM GRAY,

    Petitioner,

vs.

WALKER, Warden,

    Respondent.

No. C 07-4964 WHA (PR)

**ORDER OF DISMISSAL**

Petitioner has asked to voluntarily dismiss this case. The motion (document number 8) is **GRANTED**. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 30, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\GRAY4964.DIS.wpd